# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SABELITA HAWKINS,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | CASE NO. C16-0498JLR<br><br>ORDER |

  Pursuant to the court's scheduling order (Sched. Order (Dkt. # 8) at 2), counsel for Plaintiff Sabelita Hawkins contacted the court to request a conference regarding a discovery issue. The court ORDERS the parties to file statements of no more than three (3) pages explaining the nature of the discovery issue, specifically describing the matters each party seeks to take up, and providing brief argument in support of the party's position. The parties must file their statements no later than Monday, May 22, 2017, at 3:00 p.m. Defendants United States of America, Department of Veterans Affairs, and

ORDER - 1

VA Puget Sound Health Care System must jointly file a single statement subject to the page limit and deadline set forth above. To the extent Ms. Hawkins has identified any of the Jane or John Doe Defendants or their putative counsel, she must provide a copy of this order to those defendants or their putative counsel no later than Monday, May 22, 2017, at 9:00 a.m.

The court further ORDERS the parties to appear at a telephonic hearing on Tuesday, May 23, 2017, at 2:00 p.m. The undersigned judge's Courtroom Deputy will contact the parties with instructions for appearing at the telephonic hearing.

Should any Jane or John Doe Defendant or his or her counsel wish to appear at the telephonic hearing, he or she must appear in this matter pursuant to the Local Civil Rules for the Western District of Washington no later than Monday, May 22, 2017, at 3:00 p.m. and contact the undersigned judge's Courtroom Deputy for instructions for appearing at the telephonic hearing. Should any Jane or John Doe defendant or his or her counsel properly appear in this matter before Monday, May 22, 2017, at 3:00 p.m., he or she may file a statement regarding the discovery issue subject to the page limit and deadline set forth above.

Dated this 19th day of May, 2017.

JAMES L. ROBART
United States District Judge