The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABELITA HAWKINS,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | No. C16-498-JLR<br><br>**AFFIDAVIT OF<br>RECORDS CUSTODIAN** |

COMES NOW Sean Longosky, being duly sworn, does hereby swear and affirm:

I am the duly authorized custodian of records for the United States Department of Veterans Affairs ("VA"), and in such capacity, I have authority to certify the attached records.

I am making the following affidavit attesting to the authenticity and business records status of the attached materials.

The records attached to this affidavit are in fact actual true and correct copies of the records maintained in the ordinary course of business for the VA. I am familiar with those records and the manner in which they are created, stored, and maintained by the VA.

The accompanying records are true and correct copies of records maintained by the VA and those records were created contemporaneously with the events to which they refer by persons having actual knowledge of the information contained therein and were created or received in the ordinary course of the VA's business.

AFFIDAVIT OF RECORDS CUSTODIAN - 1
(C16-498-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this  24th  day of  July , 2017.

*Sean Longosky*
Sean Longosky
U.S. Department of Veterans Affairs

AFFIDAVIT OF RECORDS CUSTODIAN - 2
(C16-498-JLR)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970