# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SABELITA HAWKINS,<br><br>                Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                Defendants. | CASE NO. C16-0498JLR<br><br>ORDER |

On February 26, 2019, the Ninth Circuit Court of Appeals granted Defendant United States of America's unopposed motion to remand this matter to this court. (*See* 9th Cir. Order (Dkt. # 31).) The Ninth Circuit instructed this court to vacate its July 31, 2017, judgment, and conduct further proceedings as appropriate. (*See id*; *see also* Mandate (Dkt. # 32).)

In light of the Ninth Circuit's remand, the court ORDERS the parties to file a joint status report proposing a course of action that addresses the Ninth Circuit's remand, the

ORDER - 1

United States of America's unopposed motion that prompted the remand, and an accompanying timeline for the proposed course of action.  The parties must file their joint status report of no more than five pages no later than 10 days after entry of this order.

Dated this 10th day of May, 2019.

JAMES L. ROBART
United States District Judge