UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABELITA HAWKINS,<br><br>       Plaintiff,<br><br> v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>       Defendants. | CASE NO. C16-0498-JLR<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the Notice of Appeal filing fee of $505.00, plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application on appeal (Dkt. 45) is GRANTED.[1] The Clerk of the Court is directed to send a copy of this Order to counsel and to the assigned District Judge.

DATED this 5th day of November, 2019.

                Mary Alice Theiler
                United States Magistrate Judge

---

[1] Because the Court previously granted plaintiff leave to proceed IFP (Dkt. 30) and IFP status continues on appeal, *see* Fed. R. App. P. 24(a)(3), this second application should arguably be stricken as moot. However, given the passage of time, the Court also herein finds plaintiff eligible to proceed IFP based on her current financial status.

ORDER GRANTING IFP APPLICATION
PAGE - 1