UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABELITA HAWKINS,<br><br>              Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>              Defendant. | CASE NO. C16-0498JLR<br><br>ORDER |

Before the court is Plaintiff Sabelita Hawkins's motion to continue the trial date and all unexpired pretrial deadlines in this matter. (Mot. (Dkt. # 66).) Defendant the United States of America ("the Government") does not oppose the motion. (*Id.*) Ms. Hawkins asks the court to continue the trial from its current scheduled date of June 3, 2024 "to the next available trial date of the Court's trial calendar." (*Id.* at 1.) Ms. Hawkins seeks a continuance because: (1) the parties received nearly 3,000 pages of discovery from Ms. Hawkins's additional treatment providers that had not been disclosed when the parties first conducted discovery in 2016; (2) the Government needs to respond

ORDER - 1

to Ms. Hawkins's supplemental interrogatories related to the new records; (3) the parties need to update the damage discovery following receipt of the new records; and (4) prejudice will result absent a continuance.[1] (*Id.* at 5.)

The court issues scheduling orders setting trial and related dates to provide a reasonable schedule for the resolution of disputes.  Pursuant to Federal Rule of Civil Procedure 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  Finding good cause, the court GRANTS Ms. Hawkins's motion to continue the trial date (Dkt. # 66), resets the parties' jury trial to **February 10, 2025** (the court's next available trial date), and resets all pretrial deadlines after and including the discovery cut off.  The court DIRECTS the Clerk to issue a revised case schedule that resets these pretrial deadlines based on the new trial date.

Dated this 5th day of February, 2024.

JAMES L. ROBART
United States District Judge

---

[1] Ms. Hawkins also sought a continuance because her deposition concerning the new records had been delayed by her counsel's illness (Mot. at 2, 5), but Ms. Hawkins has since informed the court that her deposition took place on February 2, 2024 (Notice (Dkt. # 68) at 1).