|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SABELITA HAWKINS, | | CASE NO. C16-0498JLR |
| Plaintiff, | | ORDER |
| v. | | |
| UNITED STATES OF AMERICA, et al., | | |
| Defendants. | | |

Before the court is Plaintiff Sabelita Hawkins's "motion to hold proceedings in abeyance due to illness." (Mot. (Dkt. # 111).) Because the February 10, 2025 trial date is fast approaching (*see* 2/7/24 Min. Order (Dkt. # 70)), the court exercises its discretion under Federal Rule of Civil Procedure 1 to decide the motion before its February 7, 2025 noting date. *See* Fed R. Civ. P. 1. The court GRANTS in part and DENIES in part Ms. Hawkins's motion.

//

ORDER - 1

1        On December 15, 2024, Tuella Sykes, counsel for Ms. Hawkins, suffered a head injury after falling while walking her dog.  The court denied Ms. Sykes's earlier requests to continue this matter in light of her frequent last-minute and post-deadline requests for extensions of court deadlines.  (*See* 1/2/25 Order (Dkt. # 106) at 3-5 (discussing Ms. Sykes's pattern of late filings); 1/3/25 Order (Dkt. # 108) (denying Ms. Hawkins's motion to reconsider the January 3, 2025 order).)  Ms. Sykes now provides additional medical records that include a diagnosis of post-concussion syndrome and her physician's referral for vestibular physical therapy and to Harborview Medical Center for a post-concussion and traumatic brain injury evaluation.  (Sykes Decl. (Dkt. # 112) ¶¶ 6-10; *see id.*, Ex. A at 4.)  She asks the court to "hold all proceedings . . . in abeyance until April 15, 2025" and to extend all deadlines falling on or after December 15, 2024, to allow time for her symptoms to resolve.  (Mot. at 7-8.)

        The court DENIES Ms. Hawkins's request to hold this case in abeyance but GRANTS her request to continue the trial date and to extend all pre-trial deadlines falling on or after December 15, 2024 (Dkt. # 110).

        1.     The court CONTINUES the bench trial in this matter to **June 9, 2025**, and VACATES the current pretrial schedule (Dkt. # 70).  This trial date is firm.  The court warns Ms. Hawkins and Ms. Sykes that the court will deny any future motion by Ms. Hawkins to continue trial or to extend deadlines.  Ms. Sykes is advised to associate with co-counsel to ensure that Ms. Hawkins meets all pretrial deadlines.  Alternatively, Ms. Hawkins may locate replacement counsel.

//

1      2.      The court STRIKES Defendants' pending motions *in limine* (Dkt. # 104)

2  without prejudice to renewing those motions on or before **April 28, 2025**.

3      3.      The Clerk is DIRECTED to issue a revised scheduling order that resets the

4  motions *in limine* deadline and all subsequent pretrial deadlines in accordance with the

5  new trial date.

6      Dated this 21st day of January, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER - 3