UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SABELITA HAWKINS,<br><br>                    Plaintiff,<br><br>       v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br><br>                    Defendants. | CASE NO. C16-0498JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Plaintiff Sabelita Hawkins and Defendant the United States of America (the "Government") participated in the trial of this matter between June 9, 2025 and June 11, 2025.  (*See* Dkt. Entries ## 138, 139, 141.)  On the last day of trial, after the close of evidence, the Government orally moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a).  (*See* 6/11/25 Min. Entry (Dkt. # 141).)  As stated

MINUTE ORDER - 1

on the record, the court ORDERS the parties to file supplemental briefs addressing the Government's Rule 50(a) motion, in accordance with the following briefing schedule:

    (1) The Government's opening brief must be filed by June 23, 2025;

    (2) Ms. Hawkins's response brief must be filed by July 3, 2025; and

    (3) The Government's optional reply brief must be filed by July 8, 2025.

Briefs shall be limited to 5,000 words each.

    Filed and entered this <u>12th</u> day of June, 2025.

                                  RAVI SUBRAMANIAN
                                  Clerk of Court

                                   <u>s/ Ashleigh Drecktrah</u>
                                   Deputy Clerk

MINUTE ORDER - 2